United States District Court Northern District of Illinois

Coleman
v.
McClanathan, et al

No: 1:15-CV-03675

Honorable Gary Feinerman

TM

FILED
SEP 23 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Motion for Judgement of Default

Now Comes The Plaintiff Dwaine Coleman Pro Se in his motion for Judgement of Default states the following as true.

1. ON or about July 18, 2016 Plaintiff mailed waiver of summons (with complaint) to Econo Lodge's agent at address supplied by this Court and AAG by way of institutional mail at Hill C.C. in Galesburg, IL.

2. As of this Date 9-19-16 Econo Lodge has not notified Plaintiff of waiver or responded to complaint in any way.

3. Plaintiff believes Econo Lodge's failure to respond is willful due to Plaintiff's Pro Se status and is toying with the Judicial Process.

4. For the above stated reasons this Plaintiff prays this Court issue a Judgement of Default against the Econo Lodge Hotel.

S.S. Dwaine Coleman
Date: 9-19-16