United States District Court Northern District of Illinois

Dwaine Coleman ) Case No. 1:15-CV-03675
V. ) Honorable Gary Feinerman
Carol McClanathan, et al )

**FILED**
JUL 24 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Plaintiffs motion for Judgement of Default for Defendants Econo Lodge/Choice Hotels.

Now Comes Plaintiff Dwaine Coleman, Pro se Persuant to Rule 12(A)(i)(ii) of the Federal rules of Civil Procedure states the following in support of.

1.) This instant Complaint is over two years old and Defendants Choice Hotels have been Ducking Service for entire Period.

2.) Choice Hotels was served several times, the latest being 3/24/17 which they failed to respond to Plaintiffs claims with a responsive pleading in timeframe set by Rule 12(A) of the Federal rules of Civil Procedure.

3.) Plaintiff acting Pro se is greatly prejudiced being incarcerated and indigent with usually zero access to legal research and asked to essentially litigate two actions in one by Defendants willfull failure to respond to Plaintiff, writing Plaintiff off as mere nuisance beneath them, due to Plaintiffs Pro se status.

4.) Due to Choice Hotels failure to reply Plaintiff was prevented from collecting vital discovery Pertaining to Co-Defendants culpability.

Wherefore Due to violations of Rule 12(A)(i)(ii) and extreme prejudice to Plaintiffs case, Plaintiff request this Honorable court to grant his motion for Judgement of Default and grant all relief requested in Plaintiffs complaint, against Defendant Econo Lodge/Choice Hotels.

Dwaine Coleman #B62923
P.O. Box 1000
Menard, IL, 62259

S. Dwaine Coleman
Date: 7/18/17

Dwaine Coleman
B-62923
Menard – MND
P.O. Box 1000
Menard IL 62259
US

Dwaine Coleman #B62923
P.O. Box 1000
Menard, IL. 62259

Correspondence From IDOC Inmate

-LEGAL MAIL-



U.S. POSTAGE >> PITNEY BOWES
ZIP 62259 $ 000.98
02-1W
0001389078 JUL 20 2017

2017 JUL 24 PM 12:35
CLERK
U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL. 60604.

{ Legal Mail }

07/24/2017-12

Tracking Date: 7/19/17